**\*\*E-filed 02/04/2011\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FORREST M. RICHARDSON, | No. C 11-00459 RS |
| Plaintiff, | **ORDER SETTING HEARING ON TEMPORARY RESTRAINING ORDER AND ORDERING SERVICE OF COMPLAINT AND MOTION ON DEFENDANTS** |
| v. | |
| VINCENT CULLEN, Acting Warden, San Quentin State Prison, et al., | |
| Defendants. | |

Plaintiff Forrest Richardson moves for a temporary restraining order and a preliminary injunction to enjoin defendants from withholding medications that have been prescribed for him and from preventing or discouraging him from seeking medical assistance from the medical staff at San Quentin. A hearing on the motion for temporary restraining order shall be held on **February 11, 2011 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Plaintiff must serve a copy of the complaint and motion for temporary restraining order on defendants by February 7, 2011. Defendants may file any opposition to the motion no later than February 9, 2011. The Court reserves the right to decide the matter

without oral argument, pursuant to Civil Local Rule 7-1(b) and will notify the parties in advance if the hearing is vacated.

IT IS SO ORDERED.

Dated: 02/04/2011

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE